UNITED STATES DISTRICT COURT  **JS-6 / REMAND**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-1427-DMG (MAAx)** | Date | April 29, 2020 |
|---|---|---|---|

| Title | *Gudy Aguilar v. KTL, Inc., et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER GRANTING PLAINTIFF'S MOTION TO REMAND [11]**

On March 13, 2020, Plaintiff Gudy Aguilar filed a Motion to Remand this action to Los Angeles County Superior Court. [Doc. # 11 ("MTR").]  The MTR is scheduled for a hearing on May 15, 2020 at 9:30 a.m.  Defendants have not filed an opposition to the motion, and the April 24, 2020 deadline for doing so has passed.  *See* C.D. Cal. L.R. 7-9 (providing that an opposition must be filed no later than 21 days before the hearing on the motion).  Accordingly, the Court **GRANTS** Plaintiff's motion and **VACATES** the May 15, 2020 hearing and scheduling conference.  *See Oakley, Inc. v. Nike, Inc.*, 988 F. Supp. 2d 1130, 1139 (C.D. Cal. 2013) (citing C.D. Cal. L.R. 7-12) ("[T]he Local Rules permit the Court [to] deem failure to oppose as consent to the granting of the motion.").

This action is hereby **REMANDED** to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**